# United States Court of Appeals
## For the First Circuit

No. 22-1746

JESÚS ROJAS-TAPIA,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Kayatta, Montecalvo and Rikelman,
Circuit Judges.

**ORDER OF COURT**

Entered: August 1, 2024

Petitioner Jesús Rojas-Tapia seeks a certificate of appealability ("COA") in relation to the district court's denial of his 28 U.S.C. § 2255 motion featuring a challenge to his 18 U.S.C. § 924(c) conviction based on United States v. Davis, 139 S. Ct. 2319 (2019), and related precedent. The government opposes the request for a COA.

After careful consideration of the parties' papers, we conclude that the ruling of the district court is at least debatable and that relevant issues warrant briefing and further consideration. See Slack v. McDaniel, 529 U.S. 473, 484 (2000) (COA standard); see also 28 U.S.C. § 2253. The application for COA is **GRANTED**, and we certify for appeal the question whether the district court properly rejected petitioner's Davis challenge to his § 924(c) conviction.

A briefing schedule shall enter in the usual course. In briefing, the parties should brief all aspects of the district court's analysis and should be certain to address fully the following issues:

1) whether, post-Davis, air piracy and/or conspiracy to commit air piracy, 49 U.S.C. § 46502(a)(1)(A)(2)(A), qualifies as a "crime of violence" for purposes of 18 U.S.C. § 924(c)(3);

2) whether, as the district court concluded, petitioner conceded during underlying proceedings that substantive air piracy qualifies as a "crime of violence";

3) whether, as the government contends in its response to the COA application, petitioner has waived any argument that substantive air piracy no longer qualifies as a "crime of violence" following <u>Davis</u>; and

4) if this court ultimately concludes that (or accepts a concession that) conspiracy to commit air piracy does not qualify as a "crime of violence" but also concludes that substantive air piracy does qualify, either based on concession or waiver or based on application of the categorical approach, is it sufficiently clear from the special jury verdict form and other aspects of the record that the jury unanimously found petitioner guilty of brandishing a firearm specifically in relation to substantive air piracy.

By the Court:

Maria R. Hamilton, Clerk

cc:
Thomas F. Klumper
Mariana E. BauzáAlmonte
Rachel Brill
Jesús Rojas-Tapia
Franco L. Pérez-Redondo