# In the United States Court of Appeals for the First Circuit

**JESÚS ROJAS-TAPIA,**
*Petitioner - Appellant,*

v.

**UNITED STATES,**
*Respondent - Appellee.*

On Appeal from the United States District Court
for the District of Puerto Rico

**MOTION TO FILE OPENING BRIEF AND APPENDIX *INSTANTER***

TO THE HONORABLE COURT:

Mr. Rojas's brief and appendix were due Friday, January 31, 2025. It is respectfully requested that this Honorable Court allow him to file the attached opening brief and appendix *instanter* based on the following.

By last night, we had finalized Mr. Rojas's brief and were finalizing the tables and proofing the draft. The brief, however, despite our best efforts, had not finished supervisory review by the end of the calendar day yesterday. (Notably, among other efforts, we were simultaneously finalizing the reply brief in Case No. 23-1976, a case

set for oral argument March 3, 2025.) So we continued finalizing this morning and afternoon, Saturday, February 1, 2025.

It is hoped that submission today will not delay resolution as no additional working days have lapsed.

**WHEREFORE,** it is respectfully requested that the Court grant this motion.

**RESPECTFULLY SUBMITTED,** on February 1, 2025.

>**RACHEL BRILL**
>Federal Public Defender
>
>**FRANCO L. PÉREZ-REDONDO**
>Assistant Federal Public Defender
>Supervisor, Appeals Section
>
>**S/KEVIN E. LERMAN\***
>Assistant Federal Public Defender
>First Circuit Bar No. 1194361
>241 F.D. Roosevelt Ave.
>San Juan, P.R. 00918-2441
>Telephone: (787) 281-4922
>Email: Kevin_Lerman@fd.org

\*I ECF-filed the present **MOTION** on February 1, 2025, notifying the parties, including government counsel.